1 | Vanessa R. Waldref
2 | United States Attorney
  | Eastern District of Washington
3 | Brandon L. Pang
  | Rebecca R. Perez
4 | Assistant United States Attorneys
  | Post Office Box 1494
5 | Spokane, WA 99210-1494
  | Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:24-CR-6018-MKD-2 |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846, Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| ███████████, FAYE CARIVEAU, ███████████, and ███████████ | |
| Defendants. | 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), 846, Conspiracy to Distribute 40 Grams or More of Fentanyl (Count 2) |
| | 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846, Conspiracy to Distribute Cocaine (Count 3) |
| | 21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but by on or about May 2024, and continuing to June 2024, in the Eastern District of Washington and elsewhere, the Defendants,

INDICTMENT – 1

1 ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ and other individuals both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 50 grams or more actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), all in violation of 21 U.S.C. § 846.

## COUNT 2

Beginning on a date unknown, but by on or about February 2024, and continuing to June 2024, in the Eastern District of Washington and elsewhere, the Defendants, ▮▮▮▮▮▮▮▮, FAYE CARIVEAU, and ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ and other individuals both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), all in violation of 21 U.S.C. § 846.

## COUNT 3

Beginning on a date unknown, but by on or about August 2023, and continuing to June 2024, in the Eastern District of Washington and elsewhere, the Defendants, ▮▮▮▮▮▮▮▮, FAYE CARIVEAU, ▮▮▮▮▮▮▮▮, ▮▮▮▮

INDICTMENT – 2

1 ▮▮▮▮, and ▮▮▮▮▮▮▮▮▮ and other individuals both known and
2 unknown to the Grand Jury, did knowingly and intentionally combine, conspire,
3 confederate and agree together with each other to commit the following offense:
4 distribution of a mixture or substance containing a detectable amount of cocaine, a
5 Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), all
6 in violation of 21 U.S.C. § 846.

## SERIOUS DRUG FELONY

Before ▮▮▮▮▮▮▮ committed the offenses as charged in Counts 1, 2, and 3, ▮▮▮▮▮▮▮ had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(7), to wit: Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), case number 07-15-01-KI, in the United States District Court for the District of Oregon, for which she served a term of imprisonment of more than 12 months and was released from imprisonment within 15 years of the commencement of the instant offense.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841, 846, as set forth in this Indictment, the Defendants, ▮▮▮▮▮▮▮, FAYE CARIVEAU, ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮, and ▮▮▮▮▮▮▮, shall forfeit to the United States of America, any property constituting,

INDICTMENT – 3

or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this _____ day of June 2024.

A TRUE BILL

_____
Foreperson

*Vanessa Waldref*
_____
Vanessa R. Waldref
United States Attorney

_____
Brandon L. Pang
Assistant United States Attorney

_____
Rebecca R. Perez
Assistant United States Attorney

INDICTMENT – 4