KEN THERRIEN
413 NORTH SECOND STREET
YAKIMA, WA 98901
509.457.5991

Attorney for:
Faye Cariveau,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>FAYE CARIVEAU,<br><br>                Defendant. | No. 4:24-CR-6018-MKD-2<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

    My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of **June 2nd, 2025**

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 1

to a date no later than **November 17th, 2025** for the following reasons pursuant to 18 U.S.C. § 3161:

*I have been advised by my attorney that a continuance is necessary to review and discuss the discovery and investigate my case. I agree that additional time is needed to allow my attorney to adequately and effectively represent me in this case.*

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Faye Cariveau

Date: _____

_____
Ken Therrien
Attorney for Faye Cariveau
WSBN: #20291

Date: 4/29/25

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 2

to a date no later than **November 17th, 2025** for the following reasons pursuant to 18 U.S.C. § 3161:

*I have been advised by my attorney that a continuance is necessary to review and discuss the discovery and investigate my case. I agree that additional time is needed to allow my attorney to adequately and effectively represent me in this case.*

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Faye Cariveau

Date: 4/29/25

_____
Ken Therrien
Attorney for Faye Cariveau
WSBN: #20291

Date: 4/29/25