| | |
|---|---|
| 1  S. Peter Serrano | |
| 2  United States Attorney | FILED IN THE U.S. DISTRICT COURT |
|    Eastern District of Washington | EASTERN DISTRICT OF WASHINGTON |
| 3  Brandon L. Pang | OCT 16 2025 |
| 4  Rebecca R. Perez | |
|    Assistant United States Attorneys | SEAN F. McAVOY, CLERK |
| 5  Post Office Box 1494 | RICHLAND, WASHINGTON |
| 6  Spokane, WA 99210-1494 | |
| 7  Telephone: (509) 353-2767 | |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:24-CR-6018-MKD-2 |
| Plaintiff, | INFORMATION |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) |
| FAYE CARIVEAU, | Distribution of 40 Grams or More of Fentanyl |
| Defendant. | 21 U.S.C. § 853 Forfeiture Allegations |

The United States Attorney charges:

On or about April 17, 2024, in the Eastern District of Washington, the Defendant, FAYE CARIVEAU, did knowingly distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INFORMATION – 1

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841, as set forth in this Information, Defendant, FAYE CARIVEAU shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

DATED this 16th day of October, 2025.

S. Peter Serrano
United States Attorney

*/s/ Brandon L. Pang*
Brandon L. Pang
Assistant United States Attorney

INFORMATION – 2